UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGER UNIVERSITY,<br><br>  Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC, a Delaware limited liability company, YOUTUBE, LLC, a Delaware limited liability company, and DOES 1-25,<br><br>  Defendants. | Case No. 5:17-cv-06064-LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT** |

Having considered the Administrative Motion for Leave to File Brief in Excess of Page Limit by Five Pages ("Motion"), and good cause appearing therefor, IT IS HEREBY ORDERED that the Motion is GRANTED. The Court orders as follows:

1.   Plaintiff shall be permitted to file a memorandum of points and authorities in support of its Motion for a Preliminary Injunction up to 30 pages in length.

2.   Defendants shall be permitted to file a response up to 30 pages in length.

3.   Plaintiff's reply shall be no longer than 15 pages in length.

DATED: December 22, 2017

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge

979971.1

-1-    Case No. 5:17-cv-06064-LHK

[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT