UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGER UNIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, et al.,<br><br>        Defendants. | Case No. 17-CV-06064-LHK<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT** |

On March 26, 2018, the Court granted Defendants' motion to dismiss Plaintiff's federal causes of action with leave to amend, declined supplemental jurisdiction over Plaintiff's state law causes of action and dismissed those causes of action with leave to amend, and denied without prejudice Plaintiff's motion for a preliminary injunction. ECF No. 54. In its March 26, 2018 order, the Court stated that "[s]hould Plaintiff elect to file an amended complaint curing the deficiencies identified herein, Plaintiff shall do so within thirty days of this Order." *Id.* at 27.

On April 17, 2018, Plaintiff filed a status report notifying the Court that Plaintiff "will not file an amended complaint." ECF No. 62 at 1. In its status report, Plaintiff also requested the Court to "enter a final order dismissing [Plaintiff's] Action based on its" March 26, 2018 order to allow Plaintiff to (1) appeal the March 26, 2018 order; and (2) "refile any and all causes of action

1   based on state law in California Superior Court." *Id.*

2         In light of Plaintiff's stated intention not to file an amended complaint, the Court

3   DISMISSES Plaintiff's complaint.  This dismissal is with prejudice as to the federal causes of

4   action, and without prejudice as to the state law causes of action.

5   **IT IS SO ORDERED.**

7   Dated: April 18, 2018

8                                                        *Lucy H. Koh*

9                                               LUCY H. KOH
                                            United States District Judge