United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGER UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE LLC, et al.,<br><br>　　　　　Defendants. | Case No. 17-CV-06064-LHK<br><br>**JUDGMENT** |

On April 18, 2018, the Court dismissed Plaintiff's complaint. ECF No. 63. This dismissal is with prejudice as to the federal causes of action, and without prejudice as to the state law causes of action. *Id.* at 2. Accordingly, the Clerk shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 18, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 17-CV-06064-LHK
JUDGMENT