BROWNE GEORGE ROSS LLP
Pete Wilson (State Bar No. 35742)
  pwilson@bgrfirm.com
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California  90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

BROWNE GEORGE ROSS LLP
Peter Obstler (State Bar No. 171623)
  pobstler@bgrfirm.com
David S. Wakukawa (State Bar No. 262546)
  dwakukawa@bgrfirm.com
101 California Street, Suite 1225
San Francisco, California  94111
Telephone: (415) 391-7100
Facsimile: (415) 391-7198

Attorneys for Plaintiff PRAGER UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGER UNIVERSITY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC, a Delaware limited liability company, YOUTUBE, LLC, a Delaware limited liability company, and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 5:17-cv-06064-LHK<br><br>**NOTICE OF APPEAL**<br><br>Judge:  Hon. Lucy H. Koh |

1  NOTICE IS GIVEN that Plaintiff Prager University appeals to the United
2  States Court of Appeals for the Ninth Circuit from the following:
3      1.    The portion of the Court's Order Granting Defendants' Motion to
4  Dismiss Plaintiff's Federal Causes of Action and Denying Plaintiff's Motion for
5  Preliminary Injunction, dated and filed March 26, 2018, Docket No. 54, a copy of
6  which is attached hereto as Exhibit A;
7      2.    The Portion of the Court's Order Dismissing the federal claims in
8  Plaintiff's Complaint with prejudice, dated April 18, 2018, Docket No. 63, a copy of
9  which is attached hereto as Exhibit B;
10     3.    Judgment, dated April 18, 2018, Docket No. 64, a copy of which is
11 attached hereto as Exhibit C; and
12     4.    All other orders, rulings, decisions, or opinions merged therein.
13 Pursuant to Circuit Rule 3-2, a Representation Statement is attached hereto as
14 Exhibit D.

16 Dated: April 23, 2018        Respectfully submitted,

                                    BROWNE GEORGE ROSS LLP
                                        Peter Obstler
                                        David S. Wakukawa

                                By:    /s/ Peter Obstler
                                        Peter Obstler
                                Attorneys for Plaintiff PRAGER UNIVERSITY

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2018, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

/s/ Peter Obstler
Peter Obstler