EXHIBIT D

1  BROWNE GEORGE ROSS LLP
   Pete Wilson (State Bar No. 35742)
2     pwilson@bgrfirm.com
   Eric M. George (State Bar No. 166403)
3     egeorge@bgrfirm.com
   2121 Avenue of the Stars, Suite 2800
4  Los Angeles, California  90067
   Telephone: (310) 274-7100
5  Facsimile: (310) 275-5697

6  BROWNE GEORGE ROSS LLP
   Peter Obstler (State Bar No. 171623)
7     pobstler@bgrfirm.com
   David S. Wakukawa (State Bar No. 262546)
8     dwakukawa@bgrfirm.com
   101 California Street, Suite 1225
9  San Francisco, California  94111
   Telephone: (415) 391-7100
10 Facsimile: (415) 391-7198

11 Attorneys for Plaintiff PRAGER UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRAGER UNIVERSITY,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOOGLE LLC, a Delaware limited liability company, YOUTUBE, LLC, a Delaware limited liability company, and DOES 1-25,<br><br>    Defendants. | Case No. 5:17-cv-06064-LHK<br>Judge Lucy H. Koh<br><br>**PLAINTIFF'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT RE NOTICE OF APPEAL**<br><br>Trial Date:  October 21, 2019 |

With reference to Plaintiffs' Notice of Appeal, pursuant to Ninth Circuit Rule 3-2(b), the following are all of the parties to this action and their respective counsel:

| **PARTY(IES)** | **COUNSEL** |
| --- | --- |
| Plaintiff Prager University | BROWNE GEORGE ROSS LLP<br>Pete Wilson (State Bar No. 35742)<br>  pwilson@bgrfirm.com<br>Eric M. George (State Bar No. 166403)<br>  egeorge@bgrfirm.com<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, California  90067<br>Telephone: (310) 274-7100<br>Facsimile: (310) 275-5697 |
|  | BROWNE GEORGE ROSS LLP<br>Peter Obstler (State Bar No. 171623)<br>  pobstler@bgrfirm.com<br>David S. Wakukawa (State Bar No. 262546)<br>  dwakukawa@bgrfirm.com<br>101 California Street, Suite 1225<br>San Francisco, California  94111<br>Telephone: (415) 391-7100<br>Facsimile: (415) 391-7198 |
| Defendants Google LLC and YouTube, LLC | BRIAN M. WILLEN, *admitted pro hac vice*<br>WILSON SONSINI GOODRICH & ROSATI, Professional Corporation<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>bwillen@wsgr.com |
|  | DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>LAUREN GALLO WHITE, SBN 309075<br>PETER C. HOLM, SBN 299233<br>WILSON SONSINI GOODRICH & ROSATI Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 Email:<br>dkramer@wsgr.com<br>mrees@wsgr.com<br>lwhite@wsgr.com<br>pholm@wsgr.com |

| | |
|---|---|
| Dated: April 23, 2018 | Respectfully submitted, |
| | BROWNE GEORGE ROSS LLP<br>   Peter Obstler<br>   David S. Wakukawa |
| | By:    /s/ Peter Obstler<br>        Peter Obstler<br>Attorneys for Plaintiff PRAGER UNIVERSITY |