

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRAGER UNIVERSITY, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GOOGLE LLC, FKA Google, Inc. and YOUTUBE, LLC, <br><br> Defendants-Appellees. | No. 18-15712 <br><br> D.C. No. 5:17-cv-06064-LHK <br> Northern District of California, <br> San Jose <br><br> ORDER |

Before: Peter L. Shaw, Appellate Commissioner

Appellant's unopposed motion (Docket Entry No. 31) for leave to file a reply brief consisting of 8,393 words is granted. The Clerk will file the reply brief submitted at Docket Entry No. 32.

LBS 01-07-2019/Pro Mo