UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PRAGER UNIVERSITY,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GOOGLE LLC, FKA Google, Inc. and YOUTUBE, LLC,<br><br>        Defendants - Appellees. | No. 18-15712<br><br>D.C. No. 5:17-cv-06064-LHK<br>U.S. District Court for Northern California, San Jose<br><br>**MANDATE** |

The judgment of this Court, entered February 26, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7